# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0002. HARTFORD STEAM BOILER INSPECTION AND INSURANCE CO. et al. v. EVANS.**

Upon consideration of appellants' emergency motion pursuant to Court of Appeals Rule 40 (b), it is ordered that same is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 10/18/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*